# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3010MN

_____

| | | |
|---|---|---|
| William Hoffman; John Prueter; | * | |
| Winifred Kaercher; Ernest Hendrickson; | * | |
| Dorothy Hendrickson; Greg Boster; | * | |
| David Carlson; Karl Kloster; John Does; | * | |
| Mary Roes, | * | |
| | * | Appeal from the United States |
| Appellants, | * | District Court for the District |
| | * | of Minnesota. |
| v. | * | |
| | * | [UNPUBLISHED] |
| National Association of Securities | * | |
| Dealers, Inc., | * | |
| | * | |
| Appellee. | * | |

_____

Submitted:  June 8, 1998
Filed:  June 15, 1998

_____

Before FAGG, BRIGHT, and BEAM, Circuit Judges.

_____

PER CURIAM.

Appellants appeal the district court's order denying appellants' motion for preliminary injunction and dismissing their complaint.  Having considered the record and the materials submitted by the parties, we are satisfied the district court committed no error in applying the standards for preliminary injunctive relief set forth in Dataphase Systems, Inc. v. C L Systems, Inc., 640 F.2d 109, 114 (8th Cir. 1981) (en

banc).  We also conclude the district court did not abuse its discretion in dismissing the appellants' complaint after it disposed of the single issue in the case.  We decline to consider the arguments the appellants raise for the first time on appeal.  Finally, our review shows that appellants' remaining arguments are without legal merit.  Because appellants' appeal presents no novel issues to justify an extended opinion, we affirm the district court without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.